| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew T. Archer, Esq.<br>BRENNER, SPILLER & ARCHER<br>125 Route 73 North<br>West Berlin, NJ 08091<br>(856) 963-5000 | |
| In Re:<br>Ernest C. Young,<br><br>Debtor | Case No.:        25-10383 JNP<br><br>Chapter:         13<br><br>Judge:           JNP<br><br>Hearing Date:  _____ |

**ATTORNEY CERTIFICATION IN REFERENCE TO FUNDS
ON HAND WITH CHAPTER 13 TRUSTEE**

Andrew T. Archer, by way of Certification hereby states:

1. I am an attorney at law licensed to practice before this Court and am hereby authorized to make this Certification.

2. In this case, my firm elected the flat fee permitted by D.N.J. LBR 2016-5(b) to represent the Debtor.

3. Per the Disclosure of Chapter 13 Debtor's Attorney Compensation filed by the Debtor on January 14, 2025, the balance of attorney fees in the amount of $4,200.00 were to be paid through the Chapter 13 Plan.

4. The Chapter 13 Trustee has a balance on hand of $2,506.50 and I would ask that after applicable Trustee's fees are paid that the remaining balance on hand be applied to my firm's fees.

      I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

6/18/25  
DATE

/s/ Andrew T. Archer  
Andrew T. Archer