Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−10383−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ernest C. Young
   420 Myrtle Avenue
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−2258

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/20/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 20, 2025
JAN: kvr

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 25-10383-JNP

Ernest C. Young                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                                     Page 1 of 3
Date Rcvd: Jun 20, 2025                  Form ID: 148                                    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ernest C. Young, 420 Myrtle Avenue, Lindenwold, NJ 08021-1748 |
| 520583723 | + | Colonial Savings F.A., 2570 W Fwy Bldg E, Fort Worth, TX 76102-5820 |
| 520511463 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 20 2025 23:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2025 23:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520511454 | + | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 23:22:20 | American First Finance, Attn: Bankruptcy, 3100 Olympus Blvd, Ste 300, Coppell, TX 75019-5472 |
| 520511455 | + | EDI: CAPITALONE.COM | Jun 21 2025 02:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520526972 | + | EDI: AIS.COM | Jun 21 2025 02:41:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520511456 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jun 20 2025 23:02:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 520511457 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 20 2025 23:11:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520551509 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 23:09:57 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520511458 | + | EDI: AMINFOFP.COM | Jun 21 2025 02:41:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520511459 | | EDI: IRS.COM | Jun 21 2025 02:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520577906 | + | Email/Text: signed.order@pfwattorneys.com | Jun 20 2025 23:01:00 | JDC LAW L.L.C. D/B/A TONACCHIO SPINA & COMPITELLO, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520564752 | | EDI: JEFFERSONCAP.COM | Jun 21 2025 02:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520511460 | ^ | MEBN | Jun 20 2025 22:59:01 | KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |

Case 25-10383-JNP    Doc 19    Filed 06/22/25    Entered 06/23/25 00:21:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520528277 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:22:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520585727 | | EDI: PRA.COM | Jun 21 2025 02:41:00 | Portfolio Recovery Associates, LLC, c/o Progress One Financial, LLC, POB 41067, Norfolk VA 23541 |
| 520511461 | | Email/Text: signed.order@pfwattorneys.com | Jun 20 2025 23:01:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520582961 | | EDI: Q3G.COM | Jun 21 2025 02:41:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520511462 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:22:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520542260 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:21:59 | Resurgent Receivables, LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520598435 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 20 2025 23:01:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695 |
| 520529032 | + | EDI: AIS.COM | Jun 21 2025 02:41:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520511464 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 20 2025 23:22:16 | U.S. Department of Housing and Urban Dev, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 520513734 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 20 2025 23:22:16 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520511465 | *+ | U.S. Department of Housing and Urban Dev, 451 7th Street, S.W., Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 20, 2025 | Form ID: 148 | Total Noticed: 26 |

        courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew Thomas Archer

        on behalf of Debtor Ernest C. Young aarcher@spillerarcherlaw.com
        bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon

        on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4